MICHAEL J. LEAHY, Respondent, v. LUCIUS ENGINEERING COMPANY, Appellant.— Order modified by vacating the warrant unless plaintiff gives an increased undertaking in $10,000, and as modified affirmed. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

WILLIAM W. ROACH, Respondent, v. BOYD & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Time for examination to proceed to be fixed in order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ARTHUR D. ORMSBEE v. JAMES E. KELLY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

DREYFUSS COMPANY v. WALWORTH BROTHERS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

SIEGFRIED FROLICH v. AARON ZELTZER.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

DOUGLAS ROBINSON-CHAS. S. BROWN CO. v. AARON V. HOFFMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

EMILY A. TROY v. WILLIAM S. DEVERY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JAMES HADFIELD v. JOSEPH COLTER and Another.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of EDWARD BREWIS, Deceased.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

FRANK D'ANGELO v. 1482 BROADWAY CORPORATION.— Motion denied, with leave to renew as stated in order. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ALFRED SOHLAND v. PENNA SILK COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MARY E. McDONALD v. ÆTNA LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

SAMUEL C. DALRYMPLE v. MOSES SCHWARTZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

BART DUNN v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ,